391 A.2d 707

Continental Bank v. Triester, Appellant, et al.

Submitted September 12, 1977. John F. Hunt and Edward M. Dunham, Jr., for appellant; Richard M. Rosenbleeth, and Blank, Rome, Klaus & Comisky, for appellee.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

391 A.2d 708

Ebersole, Appellant, v. Stratton.

Argued March 14, 1978. Lester H. Zimmerman, Jr., with him Barron & Zimmerman, for appellant; Robert Siegel, with him Peter J. O'Donnell, for appellee.

Order affirmed.

HOFFMAN and PRICE, JJ., dissented.